UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN RE: THE MATTER OF | ) | |
| | ) | CASE NO. 11-33296-hcd |
| HAROLD LEE HARTMAN | ) | CHAPTER 7 |
| AALTJE JOHANNA HARTMAN | ) | |
| | ) | |
| Debtors | ) | |

## ORDER GRANTING RELIEF FROM STAY
## AND ABANDONMENT OF REAL ESTATE

At South Bend, Indiana, on _____.

Secured creditor, Lake City Bank, having filed its Motion for Relief from Stay and for Abandonment of the following described property, to-wit:

> A part of the Southwest Quarter of Section 27, Township 37 North, Range 4 East, Elkhart County, Indiana, more particularly described as follows:
> Commencing at an iron stake in the intersection of County Roads 1 and 26, said iron stake marking the Southeast corner of the Southeast Quarter of Section 27, Township 37 North, Range 4 East, Elkhart County, Indiana; thence on an assumed bearing due West along the South line of the Southeast Quarter of Section 27 and along the centerline of County Road 26, 597.57 feet t the place of beginning of this description; thence continuing along said described bearing, 411.66 feet; thence North 00°08' West, 328.03 feet t the place of beginning of this description,

more commonly known as **30169 CR 26, Elkhart, IN 46517** (the "Real Estate"),

And the Court having examined same, the Court now GRANTS said Motion for Relief from Stay and Abandonment of Real Estate. The automatic stay as applicable to the Real Estate insofar as it pertains to Lake City Bank and any and all successors, trustees, servicers, and/or assigns is hereby terminated, and the real estate is abandoned from the estate. Further, it is ordered that the stay provided by Bankruptcy Rule 4001(a)(3) is waived.

Page 2

SO ORDERED.

_____
JUDGE, United States Bankruptcy Court